IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

_____
TERRANCE GRISSOM,

                             Petitioner,

   v.                                                           ORDER
                                                        08-cv-26-jcs
DR. JOHN DOE and
NURSE FRAN,

                             Respondents.
_____

Petitioner has submitted a complaint and a request to proceed <u>in forma pauperis</u>. Before his request can be addressed he shall submit a certified copy of his trust fund account statement for the last six months. Plaintiff is also required to sign the signature page of the complaint which is enclosed with this order.

Failure to submit this information by February 5, 2008 may result in dismissal of this action for failure to prosecute.


                                           ORDER

IT IS ORDERED that petitioner shall submit his trust fund account statement and signature page by February 5, 2008 or this action may be dismissed for his failure to prosecute.

Entered this 15th day of January, 2008.

                                         BY THE COURT:

                                         /s/

                                         _____
                                         JOHN C. SHABAZ
                                         District Judge