# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

*U.S. DISTRICT COURT WEST DIST. OF WISCONSIN*
*JAN 3 0 2008*

TERRANCE GRISSOM,

                Petitioner,

v.

DR. JOHN DOE and NURSE FRAN,

                Respondent.

JUDGMENT IN A CIVIL CASE

Case No.: 08-cv-26-jcs

This action came for consideration before the court with DISTRICT JUDGE JOHN C. SHABAZ presiding. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

THAT JUDGMENT IS ENTERED DENYING AND DISMISSING PETITIONER'S REQUEST TO PROCEED IN FORMA PAUPERIS WITHOUT PREJUDICE.

Approved as to form this 29th day of January, 2008.

_____    /s/ John C. Shabaz
JOHN C. SHABAZ
DISTRICT JUDGE

                                                    *Judgment has*
                                                    *petn.*
                                                    30th Jan, 2008
                                                    E. L. Clark
                                                    Deputy

/s/ Theresa Owens
Theresa M. Owens, Clerk

_____                Jan 30, 2008
by Deputy Clerk                                               Date